IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM EVANS, Inmate #B08677,**   )  <br>   )  <br>          **Plaintiff,**   )  <br>   )  <br> **vs.**   )  <br>   )  <br> **ILLINOIS DEPARTMENT OF**   )  <br> **CORRECTIONS,** *et al.*,   )  <br>   )  <br>          **Defendants.**   )  | **CIVIL NO. 05-818-JLF** |

### MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

On November 22, 2005, the Court denied Plaintiff's motion to proceed in forma pauperis and ordered him to pay the full $250 filing fee required in this action because Plaintiff had on three or more prior occasions, while incarcerated or detained, brought an action in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim up which relief may be granted (Doc. 4).

Plaintiff has filed objections to the Court's order (Doc. 5). Plaintiff argues that 28 U.S.C. § 1915(g) is unconstitutional, and specifically in violation of the Fourteenth Amendment. This argument is unavailing. *See Higgins v. Carpenter*, 258 F.3d 797, 801 (8th Cir. 2001) (holding § 1915(g) is rationally related to a legitimate government interest and therefore does not violate equal protection).

Accordingly, **IT IS ORDERED** that Plaintiff shall pay the full filing fee of $250 for this action within **FIFTEEN (15) DAYS** of the entry of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time allotted, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

    **IT IS SO ORDERED.**        **s/ James L. Foreman**
    **DATED: December 6, 2005.**        **DISTRICT JUDGE**