IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM EVANS, Inmate #B08677, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-818-JLF |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

On November 22, 2005, the Court denied Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to pay the full $250.00 filing fee in this civil action because Plaintiff had on three or more prior occasions, while incarcerated or detained, brought an action in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted (Doc. 4). Plaintiff filed objections to this order (Doc. 5) claiming that 28 U.S.C. § 1915(g) is unconstitutional, and specifically in violation of the Fourteenth Amendment. The Court rejected this argument and gave Plaintiff an additional 15 days to pay the filing fee (Doc. 6).

Plaintiff now moves for relief from that order (Doc. 7), arguing that 28 U.S.C. § 1915(g) violates the First Amendment's guarantee that Congress shall make no law abridging the right of individuals to petition the government for redress of grievances. This argument is also unavailing. *See Lewis v. Sullivan*, 279 F.3d 526, 528-29 (7th Cir. 2002) ("three strikes" provision of section 1915(g) is constitutional).

Accordingly, the motion (Doc. 7) is **DENIED** and this action is **DISMISSED** for failure to pay the filing fee.  Plaintiff will be given no additional time to pay the filing fee in the action and the Court will not entertain any further objections.

**IT IS SO ORDERED.**
**DATED:  January 6, 2006.**

> *s/ James L. Foreman*
> **DISTRICT JUDGE**